**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**EUGENE SPEARS,**
**ADC #601695**                                                                                    **PLAINTIFF**

v.                              **CASE NO. 4:11-cv-00299-BSM-JTK**

**ANGELA BROWN,** *et al.*                                                                       **DEFENDANTS**

## ORDER

On April 14, 2011, plaintiff's motion to proceed *in forma pauperis* was granted. Because plaintiff's complaint was vague and conclusory, plaintiff was directed to submit and amended complaint within thirty days. Plaintiff was also advised that a failure to file an amended complaint would result in dismissal without prejudice. As of this date plaintiff has not filed an amended complaint.

Rule LR5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .

Because plaintiff has failed to amend his complaint as directed, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 23rd day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE