# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**EUGENE SPEARS,**
**ADC #601695**                                                                                               **PLAINTIFF**

**v.**          **CASE NO. 4:11-cv-00299-BSM-JTK**

**ANGELA BROWN, et al.**                                                                            **DEFENDANTS**

## JUDGMENT

Pursuant to the order entered in this matter on this date, this case is dismissed without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ORDERED this 23rd day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE