IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**EUGENE SPEARS**                                                                            **PLAINTIFF**

v.                    **CASE NO. 4:11CV00299 BSM/JTK**

**ANGELA BROWN, et al.**                                                **DEFENDANTS**

**ORDER**

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge Jerome T. Kearney have been reviewed. No objections were filed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Defendants' motion to dismiss [Doc. No. 27] is DENIED without prejudice.

Dated this 6th day of February 2012.

_____
UNITED STATES DISTRICT JUDGE